UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-81466-CIV-HURLEY/LYNCH

JUDY GOODWIN,
    plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,
    defendant.
_____/

ORDER GRANTING
PLAINTIFF'S MOTION FOR ATTORNEYS' FEES UNDER EAJA
& ENTERING FINAL JUDGMENT ON ATTORNEYS' FEES

**THIS CAUSE** is before the court upon the plaintiff's application for attorney fees under the Equal Access to Justice Act (EAJA) [DE # 19].

This matter was previously referred to United States Magistrate Judge Frank J. Lynch, Jr. pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure, for a recommended disposition. On August 16, 2010, Magistrate Judge Lynch filed his Report and Recommendation upon the motion, indicating the Commissioner's assent to the fee request, subject to preservation of its ability to research the existence of any outstanding pre-existing debt which plaintiff may owe the United States and to claim an offset as security for payment of any such debt. Neither party has filed any objection to the Report. [DE# 21]

Having carefully reviewed the Magistrate Judge's Report and Recommendation, the court finds the resolution of the issues as recommended by Magistrate Judge Lynch to be sound and well reasoned, and accordingly shall adopt those recommendations here.

It is therefore **ORDERED** and **ADJUDGED** as follows:

1. Magistrate Judge Lynch's August 16, 2010 Report & Recommendation on the plaintiff's application for attorneys' fees and costs [DE# 21] is hereby **ADOPTED** and **INCORPORATED** in full.

2. The plaintiff's application for attorney fees under EAJA [DE# 19] is **GRANTED,** and it accordingly **ORDERED and ADJUDGED** that plaintiff, **JUDY GOODWIN,** recover from the defendant, **MICHAEL J. ASTRUE**, as Commissioner of the Social Security Administration, the total sum of **$3,074.57** in attorneys' fees and costs pursuant to the EAJA.

3. This EAJA award is subject to offset for any pre-existing debt which the plaintiff may owe to the United States. The award amount which remains after offset, if any, shall be paid by the defendant directly to the plaintiff **JUDY GOODWIN**.

4. The defendant shall pay this EAJA award to plaintiff, less the amount of any outstanding debts which qualify for offset pursuant to 31 U.S.C. 3716(a), within **SIXTY (60) DAYS** from the date of entry of this order.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 6th day of October, 2010.

_____
Daniel T. K. Hurley
United States District Judge

cc.

Magistrate Judge Frank J. Lynch, Jr.
Stephanie I. R. Fidler, AUSA
Lilli W. Marder, Esq.